UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **ERIC DRAKE** | **CIVIL ACTION NO. 6:16-CV-1228** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MERCEDES BENZ USA, ET AL** | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Mercedes-Benz USA, LLC's Motion to Dismiss [Doc. No. 42], joined by Defendant Autohaus LLC [Doc. No. 44], is GRANTED, and Plaintiff's claims against Mercedes Benz USA and Autohaus LLC are DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 23rd day of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE